1  ROMAN OTKUPMAN, CA Bar No. 249423
   roman@olfla.com
2  MEGHAN MAERTZ, CA Bar No. 276976
   meghan@olfla.com
3  OTKUPMAN LAW FIRM, A LAW CORPORATION
   28632 Roadside Drive, Suite 203
4  Agoura Hills, CA 91301
   Telephone:  818. 293.5623
5  Facsimile:   818.850.1310

6  Attorneys for Plaintiff
   RUBEN NAVARRO
7

8  HARDY RAY MURPHY, CA Bar No. 187149
   hardy.murphy@ogletree.com
9  MARISSA M. FRANCO, CA Bar No. 296793
   marissa.franco@ogletree.com
10 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
11 400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
12 Telephone:  213.239.9800
   Facsimile:   213.239.9045
13
   Attorneys for Defendant
14 DOLLAR TREE STORES, INC.

15                **UNITED STATES DISTRICT COURT**

16                **CENTRAL DISTRICT OF CALIFORNIA**

17

| 18 | RUBEN NAVARRO, | Case No. 2:18-cv-04902-MWF (JPRx) |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION TO STAY COURT PROCEEDING AND SUBMIT MATTER TO BINDING ARBITRATION** |
| 20 | v. | |
| 21 | | |
| 22 | DOLLAR TREE STORES, INC., a Virginia Corporation and DOES 1 THROUGH 100, INCLUSIVE, | |
| 23 | Defendants. | Complaint Filed: April 13, 2018<br>Removal Date:    June 1, 2018<br>Trial Date:          November 12, 2019<br>District Judge:    Hon. Michael W. Fitzgerald |
| 24 | | |
| 25 | | Courtroom 5A, First St. |
| 26 | | Magistrate Judge: Hon. Jean P. Rosenbluth |
| 27 | | Courtroom 690, Roybal |
| 28 | | |

Plaintiff Ruben Navarro ("Plaintiff") and defendant Dollar Tree Stores, Inc. ("Dollar Tree") (collectively, the "Parties"), through their respective counsel of record, enter into this stipulation with reference to the following facts:

**RECITALS**

1. Plaintiff executed a mutual arbitration agreement on October 10, 2016, in which he agreed to arbitrate, inter alia, all claims against Dollar Tree arising from Plaintiff's employment with Dollar Tree. A true and correct copy of the arbitration agreement is attached as **Exhibit 1**.

2. On April 13, 2018, Plaintiff filed an original complaint in the Superior Court of the State of California for the County of Ventura ("Ventura Superior Court"), entitled *Ruben Navarro, Plaintiff, vs. Dollar Tree Stores, Inc., a Virginia Corporation; and DOES 1 THROUGH 100, INCLUSIVE, Defendants*, Case No. 56-2018-00510423-CU-WT-VTA (the "Complaint").

3. The Complaint asserts twelve (12) claims for relief: (1) disability discrimination in violation of Cal. Gov't. Code section 12940; (2) failure to accommodate in violation of Cal. Gov't. Code section 12940(m); (3) failure to engage in a good faith interactive process in violation of Cal. Gov't. Code section 12940(n); (4) failure to take reasonable steps to prevent discrimination in the work place in violation of Cal. Gov't. Code section 12940(k); (5) unlawful retaliation in violation of Cal. Gov't. Code section 12940(h); (6) retaliation in violation of the California Family Rights Act ("CFRA"), California Government Code section 12945.2; (7) wrongful termination in violation of public policy and the Fair Employment and Housing Act ("FEHA"), Cal. Gov't. Code section 12940 et seq.; (8) failure to reimburse for business expenses in violation of California Labor Code ("Labor Code") section 2802; (9) failure to provide rest periods or compensation in lieu thereof (Labor Code sections 226.7 and 558); (10) knowing and intentional failure to comply with itemized employee wage statement provisions (Labor Code sections 226(a), (e)); (11) failure to timely pay wages due at termination (Labor

Code sections 201-203); and (12) violation of Business and Professions Code section 17200.

4. On or about May 4, 2018, Plaintiff caused the Summons and Complaint to be personally served on Dollar Tree's agent for service of process.

5. On or about June 1, 2018, Dollar Tree filed its Answer to Plaintiff's Complaint in Ventura Superior Court.

6. On or about June 1, 2018, Dollar Tree timely removed this case to the United States District Court for the Central District of California, under 28 U.S.C. §1441 based on diversity of citizenship among the parties.

7. The Parties agree and stipulate that the matter, presently pending before this Court, should be submitted to binding arbitration pursuant to the terms contained in the Parties' arbitration agreement.

8. The Parties further agree and stipulate that the pending legal action should be stayed, pursuant to the Federal Arbitration Act and specifically 9 U.S.C. §3, until the arbitration proceedings pursuant to the Parties' arbitration agreement have been completed.

9. The Parties further agree that this Court shall retain jurisdiction of this matter, in accordance with applicable law.

## STIPULATION

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Dollar Tree as follows:

A. The instant action shall be submitted to binding arbitration in accordance with the terms set forth in the Parties' arbitration agreement attached as **Exhibit 1**.

/ / /

/ / /

/ / /

/ / /

B.	The instant action shall be stayed pending arbitration, and all dates currently on calendar shall be vacated.

C.

**IT IS SO STIPULATED.**

DATED: August 28, 2018           OTKUPMAN LAW FIRM, A LAW CORPORATION


By: /s/ Roman Otkupman
Roman Otkupman
Meghan Maertz

Attorneys for Plaintiff
RUBEN NAVARRO


DATED:  August 28, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Marissa M. Franco
Hardy Ray Murphy
Marissa M. Franco

Attorneys for Defendant
DOLLAR TREE STORES, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Aaron Cole, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 28, 2018          By:  /s/ Marissa M. Franco

35353133.2