# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC., a Virginia Corporation and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. 2:18-cv-04902-MWF (JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: April 13, 2018<br>Removal Date:   June 1, 2018<br>Trial Date:     None<br>District Judge: Hon. Michael W. Fitzgerald<br>                Courtroom 5A, First St.<br>Magistrate Judge: Hon. Jean P. Rosenbluth<br>                Courtroom 690, Roybal |

1 | The Court, having considered the Stipulation and Joint Request for Dismissal
2 | pursuant to Rule 41(a) of the Federal Rules of Civil Procedure jointly filed by the
3 | parties, finds that this action shall be dismissed with prejudice. Each party to bear
4 | his/its own attorney fees and costs.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
Honorable Michael W. Fitzgerald

40388802.1